**James M. IRVIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41500.**

Missouri Court of Appeals,
Western District.

Sept. 12, 1989.

Elizabeth Clarke, Columbia, for appellant.

William L. Webster, Atty. Gen., Debra M. Miles, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(c).

**Charles JOHANNSEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41564.**

Missouri Court of Appeals,
Western District.

Sept. 12, 1989.

Clifford R. Saulter, Jefferson City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).